STATE OF NEW JERSEY v. RICHARD GREENE.

September 7, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. LLOYD A. FISHER.

September 7, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT GRIMES.

September 7, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. FREDERICK DEGROAT.

September 7, 1983.

Petition for certification denied.